591 A.2d 1052

**UTICA MUTUAL INSURANCE COMPANY,**
**a New York Corporation**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF**
**LABOR AND INDUSTRY, BUREAU OF WORKERS'**
**COMPENSATION, Appellant.**

Supreme Court of Pennsylvania.

Argued May 7, 1991.

Decided May 29, 1991.

Janice L. Anderson, Deputy Atty. Gen., John G. Knorr, III, Chief Deputy Atty. Gen., Michael B. Sutton, Deputy Atty. Gen., for appellant.

William Pietragallo, II, Scott T. Redman, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.